UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MAURICE KIRKLAND,

Plaintiff,

v.

CASE NO. 2:26-CV-12667
HON. SUSAN K. DeCLERCQ

DEPUTY GANEY,

Defendant.
_________________________________/

**OPINION AND ORDER OF DISMISSAL**

David Maurice Kirkland, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. When he filed the complaint, Kirkland did not pay the required filing fee and administrative fee, nor did he submit an application to proceed without prepayment of the filing fee as necessary to institute a civil action in federal court. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring him to either pay the filing fee and administrative fee or to submit a properly completed application to proceed without prepayment of the filing fee within 30 days — by September 2, 2026. ECF No. 2. The order provided that if he did not do so, the case would be dismissed. *Id.* Kirkland has not corrected the deficiency within the allotted time for doing so.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Kirkland's complaint. This case is closed. No further pleadings may be filed in this matter.

**IT IS SO ORDERED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 16, 2026